# IN THE SUPREME COURT OF THE STATE OF NEVADA

PACIFIC DIVERSIFIED LLC,
                    Appellant,
            vs.
PHH MORTGAGE CORPORATION,
                    Respondent.

No. 75829

**FILED**

JUL 2 3 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
         DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Elizabeth Goff Gonzalez, District Judge
     Thomas J. Tanksley, Settlement Judge
     Premier Legal Group
     Malcolm Cisneros\Las Vegas
     Eighth District Court Clerk

Supreme Court
OF
Nevada

CLERK'S ORDER

(O) 1947

19-30983